```
ERIK G. BABCOCK, SBN 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
(510) 452-8400 Tel.
(510) 452-8405 Fax

Attorney for Defendant
ARTHUR GRADY GARNER
```

FILED

NOV - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED

JUL - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRADY GARNER, <br><br> Petitioner-Appellant, <br><br> v. <br><br> B.A. MAYLE, <br><br> Respondent-Appellee. | No. C 99-2863 CW <br><br> [~~PROPOSED~~] ORDER AUTHORIZING SUBPOENA TO PRODUCE DOCUMENTS |

   For good cause shown, it is hereby ordered that petitioner may issue and serve the attached Subpoena To Produce Documents In a Criminal Case.

   SO ORDERED.

DATED: NOV - 9 2007

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ARTHUR GRADY GARNER

**SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE**

V.

B.A. MAYLE,

Case Number: C 99-2863 CW

TO:

GREG MUNKS, SAN MATEO COUNTY SHERIFF, OR TO HIS DULY AUTHORIZED CUSTODIAN OF RECORDS*

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☒ United States Courthouse 1301 Clay Street Oakland, CA 94612 | 2, 4the Floor Judge Wilken |

If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.

DATE AND TIME

The following document(s) or object(s) shall be produced:

1. ANY RECORDS OF RULES OR POLICIES GOVERNING THE HOUSING OF INMATES AT SAN MATEO COUNTY JAIL, THE SEPARATION OF DIFFERENT INMATES, AND THE ACCESS OF INMATES TO COMMON AREAS, IN 1990;
2. ANY RECORDS WHICH IDENTIFY WHERE WITHIN THE JAIL INMATES ARTHUR GRADY GARNER AND ARTHUR RAY WERE HOUSED DURING 1990, AND ANY RECORDS WHICH TEND TO SHOW WHETHER THEY WERE EVER HOUSED TOGETHER OR HAD ACCESS TO THE SAME COMMON AREAS WHEN THEY WERE NOT IN THEIR CELLS.

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
Richard W. Wieking
(By) Deputy Clerk

DATE 7/6/07

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:
ERIK G. BABCOCK, 1212 BROADWAY SUITE 726, OAKLAND, CA 94612, (510)452-8400
*PRODUCTION OF RECORDS TO COUNSEL WILL BE DEEMED COMPLIANCE WITH THIS SUBPEONA