IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR GRADY GARNER,

        Plaintiff,

  v.

B.A. MAYLE,

        Defendant.
                                          /

No. C 99-02863 CW

ORDER SETTING STATUS CONFERENCE

    On June 11, 2008, the Court granted Plaintiff's motion, through his counsel, for an extension of time to August 31, 2008 to file further briefing on his petition for writ of habeas corpus. To this date, Plaintiff has not filed further briefing.

    The Court has granted many previous motions by Plaintiff to extend time to file further briefing. See Docket ## 65 (granting ninety day extension); 69 (granting extension to September 26, 2005); 71 (granting extension to December 26, 2005); 73 (granting extension to March 27, 2006); 78 (granting extension to September 29, 2006); 80 (granting extension to January 8, 2007); 84 (granting extension to April 11, 2007); 87 (granting extension to July 11, 2007); 91 (granting extension to October 11, 2007); 94 (granting extension to December 21, 2007); 100 (granting extension to February 29, 2008); 102 (granting extension to May 30, 2008); and

1  104 (granting extension to August 31, 2008).

2      In light of these numerous requests for extensions of time and
3  the fact that Petitioner has failed to meet the last deadline, the
4  Court sets a status conference on this petition to be held on
5  October 14, 2008 at 2 pm in courtroom 2.

8      IT IS SO ORDERED.

10 Dated: 9/24/08

   CLAUDIA WILKEN
   United States District Judge

2