IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR GRADY GARNER,

    Petitioner,

  v.

B.A. MAYLE,

    Respondent.
_____/

No. C 99-02863 CW

ORDER REGARDING PETITIONER'S MOTION FOR STATUS OF CASE (Docket # 110)

    Petitioner requests that the Court inform him of the status of his petition because he has been unsuccessful in obtaining this information from his counsel.

    On January 23, 2009, Erik G. Babcock, Petitioner's counsel, filed a motion to extend the time to file a brief on behalf of Petitioner.  Mr. Babcock requested an extension from January 22 to March 9, 2009 due to the fact that he had just been confirmed to start trial on February 3, 2009 in People v. Chavez, Sonoma County Superior Court No. 498567, representing the defendant who was charged with first degree murder.  Mr. Babcock declared that he needed as much time as possible to prepare for the Chavez trial and could not finish Petitioner's brief at the same time.  Mr. Babcock estimated that the trial would conclude at the end of February.  He requested an extension to March 9th to allow himself one full week

after the trial ended to complete his brief on behalf of Petitioner.

On January 26, 2009, the Court granted, due to the <u>Chavez</u> trial, the request for an extension of time to March 9, 2009 to file further briefing, but added that if the trial did not proceed, counsel should notify the Court and propose an earlier filing date. The Court anticipates that Petitioner's brief will be filed by March 9, 2009.

IT IS SO ORDERED.

Dated: 2/19/09



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARNER,

        Plaintiff,

v.

MAYLE,

        Defendant.
_____/

Case Number: CV99-02863 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Garner
D-26064
Pleasant Valley State Prison
P.O. Box 8501
Coalinga, CA  93210

Dated: February 19, 2009

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk