IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GARNER, | No. 99-02863 CW |
|     Petitioner, | ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE |
|   v. | |
| B.A. MAYLE, | |
|     Respondent.              / | |

On November 29, 2009, Petitioner filed a Motion for Extension of Time to File Notice of Appeal. Pursuant to Local Rule 6-3,

IT IS HEREBY ORDERED that the hearing set for January 13, 2010 is vacated. Respondent's opposition to be motion will be due December 8, 2009; thereafter, the matter will be deemed submitted on the papers. Each side shall submit proposed orders.

12/2/09

Dated _____      _____
                                  CLAUDIA WILKEN
                                  United States District Judge