IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR GRADY GARNER,                     )        No. C 99-2863 CW
                                         )
            Petitioner,                  )
                                         )        ORDER GRANTING
      v.                                 )        CERTIFICATE OF
                                         )        APPEALABILITY IN
B. A. MAYLE,                             )        PART
                                         )
            Respondent.                  )
_____)

     Petitioner filed a habeas corpus petition pursuant to 28

U.S.C. § 2254.  On September 30, 2009, the Court entered judgment

denying the petition.  Petitioner seeks a certificate of

appealability regarding the denial of the habeas petition.

     A habeas petitioner may not appeal a final order in a

federal habeas proceeding without first obtaining a certificate

of appealability (formerly known as a "certificate of probable

cause to appeal").  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability should be granted "only if the

applicant has made a substantial showing of the denial of a

constitutional right."  28 U.S.C. § 2253(c)(2).[1]  The certificate

_____

     [1]Section 2253(c)(2) codified the standard announced by the United
States Supreme Court in Barefoot v. Estelle, 463 U.S. 880, 892-93
(1983).  In Barefoot, the Court explained that "a substantial showing
of the denial of [a] federal right" means that a petitioner "must
demonstrate that the issues are debatable among jurists of reason;
that a court could resolve the issues [in a different manner], or that
the questions are adequate to deserve encouragement to proceed
further."  Id. at 893 n.4

United States District Court

For the Northern District of California

United States District Court
For the Northern District of California

1    of appealability must indicate which issue or issues satisfy the

2    showing required by § 2253(c)(2).   28 U.S.C. § 2253(c)(3).

3         The Court finds that Petitioner has made a sufficient

4    showing of the denial of a constitutional right on the following

5    claims: (1) ineffective assistance of counsel based on counsel's

6    failure to investigate the jailhouse records of Petitioner and

7    jailhouse informant Arthur Ray (claim 3) and to object to the

8    video-taped re-enactment of the crime (claim 5); and

9    (2) insufficiency of the evidence (claim 17).   The Court finds

10   that Petitioner has not made a substantial showing of a

11   constitutional violation on any of his other claims.

12        Accordingly, the application for a certificate of

13   appealability is granted in part.   The Court certifies that the

14   appeal is taken in good faith.   28 U.S.C. § 1915(a)(3).

15                            CONCLUSION

16        Accordingly, the Court grants Petitioner's certificate of

17   appealability in part.

18

19   IT IS SO ORDERED.

20

21   DATED: 12/22/2009      _____

22                          CLAUDIA WILKEN
                            United States District Judge

23

24

25

26

27

28